**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Delaney Elizabeth Wright

Case No: 26–32737 – MAB

Debtor(s)

Chapter 7 Case

---

## STATEMENT OF PRESUMED ABUSE

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor(s)' case is presumed to be an abuse under section 707(b). (Wencil, Sarah)

Dated: 8/28/26

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: AJC
Deputy Clerk

United States Bankruptcy Court

District of Minnesota

In re: Case No. 26-32737-MAB

Delaney Elizabeth Wright Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3 User: admin Page 1 of 2

Date Rcvd: Aug 28, 2026 Form ID: mnbstpab Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Delaney Elizabeth Wright, 822 Juno Ave, Saint Paul, MN 55102-3822 |
| 63731567 | + | Ilya V Baranov, 2316 Tower View Circle, Bloomington MN 55431-4023 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63731563 | + | Email/Text: rcmbankruptcynotices@allina.com | Aug 28 2026 22:03:00 | Allina Health, 2925 Chicago Ave S., Minneapolis MN 55407-1321 |
| 63731564 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2026 22:09:04 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City UT 84130-0285 |
| 63731565 | + | Email/Text: omx-bnc-bk-notices@chime.com | Aug 28 2026 22:03:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco CA 94104-0417 |
| 63731566 | + | Email/Text: mrdiscen@discover.com | Aug 28 2026 22:03:00 | Discovercard, Po Box 30939, Salt Lake City UT 84130-0939 |
| 63731568 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2026 22:03:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 63731570 | + | Email/Text: mdor.bkysec@state.mn.us | Aug 28 2026 22:03:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 63731571 | | Email/Text: EBN@Mohela.com | Aug 28 2026 22:03:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield MO 63005 |
| 63731569 | + | Email/Text: cc-bklitigation@messerlikramer.com | Aug 28 2026 22:03:00 | Messerli & Kramer, 3033 Campus Drive, Suite 250, Plymouth MN 55441-2685 |
| 63731581 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2026 22:09:04 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 63731582 | + | Email/Text: bncmail@w-legal.com | Aug 28 2026 22:03:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |
| 63731583 | + | Email/Text: bankruptcy@trustonefinancial.org | Aug 28 2026 22:03:00 | TruStone Financial, Attn: Bankruptcy Dept, 14601 27th Avenue North, Suite 104, Plymouth MN 55447-4834 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 63731572 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield MO 63005 |

| | | |
|---|---|---|
| 63731573 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield MO 63005 |
| 63731574 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield MO 63005 |
| 63731575 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield MO 63005 |
| 63731576 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield MO 63005 |
| 63731577 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield MO 63005 |
| 63731578 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield MO 63005 |
| 63731579 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield MO 63005 |
| 63731580 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield MO 63005 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda M. Rosback | on behalf of Debtor 1 Delaney Elizabeth Wright amanda@lifebacklaw.com Najami@lifebacklaw.com;Scharber.AmandaR72722@notify.bestcase.com |
| Mary Jo A Jensen-Carter | trustee1@buckleyjensen.com trustee@buckleyjensen.comcastbiz.net;MN01@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3